

# NUMBER 13-16-00220-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| **JEREMY JAY CUEVAS,** | **Appellant,** |
| **v.** | |
| **THE STATE OF TEXAS,** | **Appellee.** |

### On Appeal from the 156th District Court
### of Bee County, Texas.

## SUPPLEMENTAL ABATEMENT ORDER

### Before Justices Rodriguez, Contreras, and Longoria
### Order Per Curiam

Appellant's brief was originally due on July 27, 2016. This Court previously granted appellant three extensions of time to file the brief with the brief being due on October 17, 2016. On October 24, 2016, the Clerk of the Court notified appellant's counsel that the brief had not been filed and requested a response concerning the failure to file the brief within ten days. Counsel nevertheless failed to file either a response or

an appellate brief in this matter. We abated and remanded this appeal to the trial court for further proceedings pursuant to Rule 38.8(b)(2) and (3) of the Texas Rules of Appellate Procedure and directed the trial court to make appropriate findings and recommendations concerning the following: (1) whether appellant desires to prosecute this appeal; (2) why appellant's counsel has failed to file a brief and whether counsel has effectively abandoned the appeal; (3) whether appellant has been denied effective assistance of counsel; (4) whether appellant's counsel should be removed; and (5) whether appellant is indigent and entitled to court-appointed counsel.

We have now received the trial court's findings, and the trial court recommended that appellant's counsel be allowed an extension of time until January 27, 2017, to file the brief in this matter. Counsel nevertheless failed to file a brief. On February 3, 2017, the Clerk of the Court notified appellant's counsel that the brief had not been filed and requested a response concerning the failure to file the brief within ten days. Instead of filing the brief, appellant filed a "Motion to Abate or in the Alternative to Extend Time to File Appellant's Brief." According to this motion, appellant has recently filed a motion for new trial based on newly discovered evidence pertaining to juror misconduct, and appellant is seeking a hearing in the trial court regarding same.

Based on the foregoing, we direct the trial court to make appropriate findings and recommendations concerning the following: (1) whether appellant desires to prosecute this appeal; (2) why appellant's counsel has failed to file a brief and whether counsel has effectively abandoned the appeal; (3) whether appellant has been denied effective

assistance of counsel; (4) whether appellant's counsel should be removed; and (5) whether appellant is indigent and entitled to court-appointed counsel.

If the trial court determines that appellant does want to continue the appeal, that present counsel should be removed, and that appellant is indigent and entitled to court-appointed counsel, the trial court shall appoint new counsel to represent appellant in this appeal. If new counsel is appointed, the name, address, telephone number, email address, and state bar number of said counsel shall be included in an order appointing counsel.

The trial court shall cause its findings and recommendations, together with any orders it may enter regarding the aforementioned issues, to be included in a supplemental clerk's record. Furthermore, the trial court shall cause a supplemental reporter's record of any proceedings to be prepared. The supplemental clerk's record and supplemental reporter's record, if any, shall be filed with the Clerk of this Court on or before the expiration of thirty days from the date of this order.

It is so ORDERED.

PER CURIAM

Do not publish
Tex. R. App. P. 47.2(b)

Delivered and filed
the 27th day of February, 2017.